**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 28, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00580-CV

---

## IN RE STEVEN HOTZE, M.D., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-18494**

---

## MEMORANDUM OPINION

On October 15, 2021, relator Steven Hotze, M.D., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to set aside her August 20, 2021 order compelling relator's responses to requests for productions and October 5, 2021 order enforcing court orders against relator.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.